1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation, | Case No. 2:15-CV-05853-SS |
| | _Hon. Suzanne H. Segal Presiding_ |
| Plaintiff, | **ORDER ON   STIPULATION TO DISMISS  ACTION  WITHOUT PREJUDICE** |
| v. | |
| DESE ENTERPRISES, INC.; et al., | |
| Defendants. | |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.    This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2.    This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.    The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.


Dated: 11/3/15              By: _____/S/_____
                                HONORABLE SUZANNE H. SEGAL
                                U.S. MAGISTRATE JUDGE

2

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION